# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00308-CV

**Timothy Onkst, Appellant**

**v.**

**Jennifer Onkst, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
## NO. D-1-FM-14-003084, HONORABLE KARIN CRUMP, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Timothy Onkst filed a motion challenging the trial court's order sustaining a contest to his indigency. *See* Tex. R. App. P. 20.1(j). Having reviewed the motion and the record, we conclude that the trial court's order did not constitute an abuse of its discretion. *See Kastner v. Texas Bd. of Law Exam'rs*, No. 03-08-00515-CV, 2009 Tex. App. LEXIS 6381, at *5 (Tex. App.—Austin Aug. 12, 2009, no pet.) (mem. op.) (applying abuse-of-discretion standard to review trial court's order sustaining indigency contest). As such, we deny appellant's motion. *See* Tex. R. App. P. 20.1(j)(4).

It is ordered on August 3, 2015.


Before Chief Justice Rose, Justices Pemberton and Field